UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**VICTOR MENDOZA,**<br><br>　　　　　　　Defendant. | CASE NO.:　20CR0031-WQH<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the motion to recall the warrant and set hearing (ECF No. 28) is denied.

**IT IS SO ORDERED**.

Dated: August 3, 2020

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court